359 A.2d 926

COMMONWEALTH

v.

RADEL, Appellant.

Submitted April 12, 1976. Donald E. Speice, Assistant Public Defender, and Richard A. Consiglio, Public Defender, for appellant; Thomas G. Peoples, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.